Donald Ray Brown  X  In the United States
    Plaintiff            District Court For
    V.                   the Northern District
Wayne Webb Warden MCIH   of Maryland
Correctional Officer Cubbage
Correctional Officer Young   X   New Case # _____
    Defendants
                         X

X X X X X X X X X X X X X X X X X X

## U.S.C. 1983 Complaint and Motion For Preliminary Injunction

On the morning of March 19, 2013 the plaintiffs cell door suddenly opened and Guards Cubbage and Young ordered the plaintiff out of his cell and to put his hands behind his back.

The plaintiff asked the officers if he could have his hands cuffed in the front, due to the fact that his heart was in A-Fibe and the plaintiffs Bladder cancer was worse for pain when his hands were cuffed behind him. MCIH Guards like to rough up older sick inmates

Guards Cubbage and Young then got Rough with the plaintiff, cuffed his hands behind him and slammed the plaintiff into a hard plastic chair.

Guards Cubbage and Young the proceeded to remove plaintiffs possessions that were on the dirty floor and throw them on the plaintiffs clean bed and sheets. This kind of behaviour certainly helps to change attitudes and Rehabilitate now doesn't it

Guards Cubbage and Young then began with Ernest to search the Plaintiffs large stack of Legal Mail Books, Etc. They also began reading said mail. The Plaintiff objected to their reading his Constitutionally Protected Mail and the Defendants just laughed and Stated that they could read anything they wanted to.

After about half hour to 45 minutes of Reading the Plaintiffs Legal Mail Etc. They proceeded to throw away the Plaintiffs Half Full Bottle of Laundry Detergent which he has to purchase Himself. I have no clue why, Except to show how tough they are. I know I was Impressed.

Next I was ordered to strip while a Female Guard Peered into my Cell. The Guards seemed to be having a Grand O' time at my Expense.

These Actions by officers Cubbage and Young were ordered by Hagerstowns own Mussolini, Wayne Webb. These Actions are both illegal and unconstitutional and are a Continuing Campaign of Harrassment under the Color of State Law by Wayne Webb, Warden of the Dilapidated M.C.I.H. Prison. Who makes His own Rules and Laws and Continues to stomp all over the Constitution of the United States with both Feet. He must be Harnessed. to wit:

1.) The MCIH Handbook states on page 3 that Inmates shall not be subjected to abuse or Harrassment. I guess Lord Webb did not see that one, or just doesn't like it, so being God Like, He chooses not to abide by it. However, the Plaintiff mailed this Court a Glorious Copy.

2.) the Plaintiff is now missing 10 U.S. postage stamps, and can only assume they were stolen by the Defendants.

3.) The Defendants violated the Plaintiffs 4th Ammendment Rights by strip searching the Plaintiff in full view of a Female Guard. See Haynes v. Marriott, 70 F.3d 1144, 1147-48 (10th Cir 1995) See Also Fortner v. Thomas 983 F.2d. 1024, 1030 (11th Cir 1993) and Kent v. Johnson 821 F.2d. 1220, 1226-27 (6th Cir 1987) as well as Cornwell v. Dahlberg, 963 F.2d. 912, 916, (6th Cir. 1992)

4.) Mail between the Plaintiff and His Attorney, the Plaintiff and the Courts as well as between the Plaintiff and Government Bodies or officials is what the Courts have termed Priveledged Mail and is Protected by the U.S. Constitution as well as Attorney-Client Priveledge. Maybe no one has ever pointed that out to Defendant Webb. Maybe this 1983 Action will get his attention.

It is a violation of the Plaintiffs First, Fourth and Sixth Ammendment Rights. However, God Webb does not believe in Due Process or Equal Protection. It just gets in the way of His Napoleanic Rule and psychopathic Personality. See Castillo V. Cook County Mail Room 990 F. 2d. 304 (7th Cir 1993) And John V. N.Y.C. Dept of Corrections, 183 F. Supp. 2d 619 (S.D.N.Y. 2002)

Parts of the Plaintiffs Rebuttal to Summary Judgement Case # CCB-12-3225 is missing and the Plaintiff has not made copies. It would not surprised the Plaintiff in the Least to Discover that Defendant Webb sent Defendants Cubbage and Young to steal same. Wolf V. McDonnell, 418 U.S. 539 (1974) Washington V. James 782 F. 2d 1134 (2nd Cir 1986) and Taylor V. Sterrett, 532 F. 2d. 462 (5th Cir 1976)

The Retaliation and Campaign of Harassment under the Color of State Law Must cease. It Has Entailed the Plaintiff to be transffered from M.C.T.C. where he recieved Much better Health Care to this Crap Hole A.K.A. MCI-H. Plaintiffs Mail Has been Stolen, Lost or sent back on purpose. His Meals have been Served Cold. He Has been Denied His Life Saving Medicines. The Plaintiffs Visitors Have been Harrassed

Plaintiff is being subjected to old and filthy living conditions. Plaintiff is served very small portions of food which is not enough to sustain a child let alone an adult male. Plaintiffs Health Care is not up to Constitutional Standards. Plaintiff is served juice that is cut in half with water. Plaintiff has had no Health Care for two days due to being on lock down yet his heart was in A-Fibe. The Defendant Webb is doing all in his power to cause an uprising because he is power crazed and a Sociopath.

1.) Everything that the Plaintiff has done within this Court is Protected Conduct so its time the Court started Protecting

2.) Defendant Webbs Adverse Harrassment under the color of State Law is designed to prevent the Plaintiff from Complaining to the Court via 1983

3.) Defendant Webbs Adverse Actions are directed at the Plaintiffs Protected Conduct.

Being now that the Plaintiff has brought suit under 1983 28 U.S.C. Section 1331 and 1343 (a)(3) and is also seeking injunctive relief under 28 U.S.C. Section 2283 and 2284 and Rule 65 of the Rules of Civil Procedure

Therefore, the Plaintiff moves that this Behaviour ~~Action~~ be considered in violation of the Eighth Ammendment on a totality of conditions contained herein and theory that would create an overall effect that is unconstitutional. Palmer v. Johnson 193 F. 3d. 346 (5th Cir 1999) and Wilson 501 U.S. At 305. and moves this Court for 2.5 million in Punitive Damages as well as a Preliminary Emergency Injunction to Harness and Muzzle Defendant Webb for His evil motives and intent along with His callous indifference to the Plaintiffs rights under the U.S. Constitution Thompson v. Carter 284 F. 3d – 411 (2nd cir 2002) for this I pray

Clerk, please take note of new address →

Respectfully Submitted
Donald Ray Brown 403179
MCI-H 18601 Roxbury Rd.
Hagerstown Md. 21746

## Certificate of Service

I Donald Ray Brown Do Hereby Swear that a true copy of this action was served on Wayne Webb through the M.C.I.H Jail mail system